**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ELIO RODRIGUEZ MENDEZ — CIVIL ACTION NO. 26-2734

VERSUS — JUDGE S. MAURICE HICKS, JR.

TODD BLANCHE, ET AL. — MAGISTRATE JUDGE WHITEHURST

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner Elio Rodriguez Mendez's petition (Record Document 1) is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 30th day of October, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE